MARIO DE NARDO, by JOSEPH DE NARDO et al., His Next of Kin, Respondents, v. STEPHANIA DE NARDO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees under Certain Indentures, Respondents, v. JAMES A. TROWBRIDGE, JR., et al., as Surviving Executors of JENNIE N. TROWBRIDGE, Deceased, et al., Defendants; FIRST-STAMFORD NATIONAL BANK AND TRUST COMPANY OF STAMFORD, CONNECTICUT, as Administrator of the Estate of GARDINER TROWBRIDGE, Deceased, et al., Defendants-Respondents; KATHARINE D. TROWBRIDGE, Defendant-Appellant, and HERBERT MARPLES et al., as Ancillary Executors of WILLIAM B. TROWBRIDGE, Deceased, Impleaded Defendants-Respondents. JAMES A. TROWBRIDGE, JR., et al., as Surviving Trustees under Certain Indentures, Respondents, v. FIRST-STAMFORD NATIONAL BANK AND TRUST COMPANY OF STAMFORD, CONNECTICUT, as Administrator of the Estate of GARDINER TROWBRIDGE, Deceased, et al., Respondents; JAMES A. TROWBRIDGE, JR., et al., Defendants; KATHARINE D. TROWBRIDGE, Defendant-Appellant, and HERBERT MARPLES et al., as Ancillary Executors of WILLIAM B. TROWBRIDGE, Deceased, Impleaded Defendants-Respondents. (Consolidated Appeals.) — Judgments, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [182 Misc. 180.] [See post, p. 849.]

JOSEPHINE VALENTINE, as Administratrix of the Estate of ROY L. VALENTINE, Deceased, v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 951.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

PETER J. BELIES et al. v. PENNSYLVANIA BUILDING, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 269 App. Div. 656.]

SAM DEMBOW, JR., v. CORNELL CAB CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 977.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated April 4, 1924, v. OTTO G. STOFFREGEN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

JOHN A. MCCARTHY & CO., INC., v. PHILIP S. HILL et al., as Executors of WILLIAM F. CUNNINGHAM, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 981.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. BARCA REALTY CORPORATION; CLARA R. GERKEN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 955.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Trustee under the Will of HENRY H. MAN, Deceased. ADDIE M. HOWELL et al., as Executrices of WILHELMINA H. MAN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 985.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MILES LABORATORIES, INC., v. AMERICAN PHARMACEUTICAL COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals denied. [See 267